Estate of Sadie Julia Ross, Deceased.
Anna M. Peters, Also Known as Anna M. Ross, as Executrix of the Estate of John J. Ross, Deceased, Petitioner-Appellant, v. Albert M. Werner and Harold E. Cornue, Executors Under the Will of Sadie Julia Ross, Deceased, et al., Respondents-Appellees.

Gen. No. 51,317. (Abstract of Decision.)

First District, Second Division.
September 22, 1967.

Nat M. Kahn, of Chicago, for appellant; Gregory A. Gelderman, of Chicago, for appellees. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.